E-FILED 06.21.11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Hardy Way, LLC, | ) | CASE NO. CV 10-00839-MMM(PJWx) |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER DISMISSING CIVIL ACTION |
| Designer Fragrances, Inc. et al, | ) | |
| Defendant(s). | ) | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __60__ **days,** to reopen the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: June 21, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE